FLORENCE MARINACCIO, Respondent, v PAUL MARINACCIO, Appellant. [796 NYS2d 270]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered January 5, 2004. The order denied the application of defendant to terminate his child support obligation.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court. Present—Green, J.P., Hurlbutt, Kehoe, Pine and Hayes, JJ.

 JEFFREY HARDING, Appellant, v MARK VANDEGENACHTE et al., Respondents. [796 NYS2d 270]—Appeal from an order of the Supreme Court, Orleans County (James P. Punch, A.J.), entered November 1, 2004. The order granted defendants' motion for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Gorski, Martoche and Smith, JJ.